IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

LO HAI VAN, )
)
    Petitioner, )
)
vs ) CIVIL ACTION NO. 00-RRA-3525-M
)
IMMIGRATION AND )
NATURALIZATION SERVICE, )
)
    Respondent. )

**ENTERED**
NOV - 6 2001

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the respondent's motion to dismiss is due to the granted and this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 6th day of November, 2001.

_____
WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the report and recommendation was mailed to the petitioner at the address he furnished the court and also to the address the respondent furnished the court. Both mailings were returned as undeliverable.